UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-CV-21978-CMA

ANDRES GOMEZ,

    Plaintiff,

v.

MERRICK PARK LLC.

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

        Plaintiff, ANDRES GOMEZ ("Plaintiff"), and Defendant, MERRICK PARK LLC ("Defendant") (collectively the "Parties"), hereby advise the Court that the Parties have reached an agreement to settle this case pending execution of a settlement agreement. The Parties will file appropriate documents to close the case once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court stay or set aside all currently set deadlines pending finalization of settlement documents.

Respectfully submitted this 14th day of June, 2021

| | |
|---|---|
| *s/Alberto R. Leal* | *s/Edwin Cruz* |
| Alberto R. Leal, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No. 1002345 | Florida Bar No. 68999 |
| E-mail: *al@thelealfirm.com* | E-mail: *mendy.halberstam@jacksonlewis.com* |
| The Leal Law Firm, P.A. | Edwin Cruz, Esq. |
| 27 Hypoluxo Rd. #157 | Florida Bar No. 55579 |
| Lake Worth, FL 33463 | E-mail: *edwin.cruz@jacksonlewis.com* |
| Telephone: 561-237-2740 | JACKSON LEWIS P.C. |
| | One Biscayne Tower, Suite 3500 |
| *Counsel for Plaintiff* | 2 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | |
| | *Counsel for Defendant* |

CASE NO.: 1:21-CV-21978-CMA

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                                  s/Edwin Cruz
                                                                  Edwin Cruz, Esq.