**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:21-CV-21978-CMA**

ANDRES GOMEZ,

    Plaintiff,

v.

MERRICK PARK LLC.

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ANDRES GOMEZ ("Plaintiff"), and Defendant, MERRICK PARK LLC ("Defendant") (collectively the "Parties"), hereby stipulate to the dismissal with prejudice of all claims which were brought or which could have been brought in this action. The Parties shall bear their own attorneys' fees, costs, and expenses except as otherwise provided for by any Agreement between the Parties.

Respectfully submitted this 29th day of June, 2021

| | |
|---|---|
| *s/Alberto R. Leal* | *s/Edwin Cruz* |
| Alberto R. Leal, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No. 1002345 | Florida Bar No. 68999 |
| E-mail: *al@thelealfirm.com* | E-mail: *mendy.halberstam@jacksonlewis.com* |
| The Leal Law Firm, P.A. | Edwin Cruz, Esq. |
| 27 Hypoluxo Rd. #157 | Florida Bar No. 55579 |
| Lake Worth, FL  33463 | E-mail: *edwin.cruz@jacksonlewis.com* |
| Telephone: 561-237-2740 | JACKSON LEWIS P.C. |
| | One Biscayne Tower, Suite 3500 |
| *Counsel for Plaintiff* | 2 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| | *Counsel for Defendant* |

4815-8602-6736, v. 1